| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Mancuso Motorsports, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  45-5620312

**4. Debtor's address**

Principal place of business:
3124 W. Lake Ave.
Glenview, IL 60026
Number, Street, City, State & ZIP Code

Cook
County

Mailing address, if different from principal place of business

P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  mancusocollision.com

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Mancuso Motorsports, Inc.**  Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__8111__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** *that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor **Mancuso Motorsports, Inc.** Case number (*if known*)
     Name

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

| 11. | Why is the case filed in *this district?* | *Check all that apply:* |

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                        Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | . *Check one:* |

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | Estimated number of creditors | ☐ 1-49<br>☐ 50-99<br>■ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |

| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| 16. | Estimated liabilities | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 3

Debtor  **Mancuso Motorsports, Inc.**  Case number (*if known*)
         Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Mancuso Motorsports, Inc.**                                Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 16, 2022**
              MM / DD / YYYY

X **/s/ Jackie Cahan**                                **Jackie Cahan**
  Signature of authorized representative of debtor    Printed name

Title  **CFO and COO**

**18. Signature of attorney**

X **/s/ SCOTT R. CLAR**                               Date **December 16, 2022**
  Signature of attorney for debtor                         MM / DD / YYYY

**SCOTT R. CLAR**
Printed name

**Crane, Simon, Clar & Goodman**
Firm name

**Suite 3950**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone  **312-641-6777**     Email address  **sclar@cranesimon.com**

**06183741 IL**
Bar number and State

12/15/22 3:47PM

| Debtor | Mancuso Motorsports, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/15/2022
              MM / DD / YYYY

X  *Jackie Cahan*                                    Jackie Cahan
   Signature of authorized representative of debtor   Printed name

Title   **CFO and COO**

**18. Signature of attorney**

X  _____                          Date _____
   Signature of attorney for debtor                        MM / DD / YYYY

**SCOTT R. CLAR**
Printed name

**Crane, Simon, Clar & Goodman**
Firm name

**Suite 3950**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone   312-641-6777         Email address   sclar@cranesimon.com

**06183741 IL**
Bar number and State

Fill in this information to identify the case:
Debtor name: **Mancuso Motorsports, Inc.**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 3124 West Lake Ave LLC  3124 W Lake Ave.  Glenview, IL 60026 | | | | | | $62,485.62 |
| A-1 Ultimate Towing  841 Remington Blvd.  Bolingbrook, IL 60440 | | | | | | $5,050.00 |
| Audi Exchange-119400  2490 Skokie Valley Rd  Highland Park, IL 60035 | | | | | | $4,825.74 |
| Black Star Distribution, Inc.  358 Lexington Dr.  Buffalo Grove, IL 60089 | | | | | | $9,184.00 |
| Chicago Wheel Service - C01558  1001 Morse Ave.  Elk Grove Village, IL 60007 | | | | | | $6,962.58 |
| Hawkinson Kia-910877  5501 Miller Circle Dr.  Matteson, IL 60443 | | | | | | $6,587.10 |
| JR Auto Glass  1813 N Keystone Ave  Chicago, IL 60639 | | | | | | $3,980.00 |
| Lexus of Arlington-3124  1510 W Dundee Rd  Arlington Heights, IL 60004 | | | | | | $3,608.27 |

Debtor **Mancuso Motorsports, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Miller Cooper** PO Box 6781 Carol Stream, IL 60197 | | | | | | $3,600.00 |
| **Muller Honda _ 9029** 550 Skokie Valley Rd Highland Park, IL 60035 | | | | | | $18,716.00 |
| **Nova Fire Protection Inc.** 1530 Wiley Road Schaumburg, IL 60173 | | | | | | $21,065.00 |
| **Patrick BMW Mini-56002** 700 E. Golf Rd. Schaumburg, IL 60173 | | | | | | $5,738.59 |
| **Precision Diagnostics** 3424 McAllens Way Madison, WI 53718 | | | | | | $9,791.35 |
| **Single Source, Inc.** 662 Albion Ave. Schaumburg, IL 60193 | | | | | | $45,443.00 |
| **Tesla Inc. - 1827441** 3500 Deer Creek Road, #9404 Palo Alto, CA 94304 | | | | | | $201,428.52 |
| **The Exchange_P52281** 2300 Skokie Valley Rd. Highland Park, IL 60035 | | | | | | $7,667.40 |
| **TR Wholesale Solutions-804179-000** 7015 Vordan Parkway South Bend, IN 46628-8422 | | | | | | $3,795.68 |
| **Wells Fargo Auto** 841 Remington Blvd. Bolingbrook, IL 60440 | | | | | | $4,985.74 |
| **Worldpac - 129543** PO Box 5022 Newark, CA 94560 | | | | | | $14,094.26 |

| Debtor | **Mancuso Motorsports, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ziegler Infiniti Orland Park_133117 8751 W 159th Street Orland Park, IL 60462** | | | | | | $4,093.70 |

# United States Bankruptcy Court
## Northern District of Illinois

In re **Mancuso Motorsports, Inc.**
Debtor(s)

Case No.
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **88**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **December 16, 2022**

**/s/ Jackie Cahan**
**Jackie Cahan**/**CFO and COO**
Signer/Title

12/15/22 3:47PM

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Mancuso Motorsports, Inc.**
Debtor(s)

Case No. _____
Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **88**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **12/15/2022**

*Jackie Cahan*
Jackie Cahan/CFO and COO
Signer/Title

3120 West Lake Ave
308 Hamilton Court
Lincolnshire, IL 60069

Audi Exchange-21946
2400 Skokie Valley Rd
Highland Park, IL 60035

Carisma European Main
2910 N Dunton
Arlington Heights, IL 60004

3124 West Lake Ave LLC
3124 W Lake Ave.
Glenview, IL 60026

Audi Morton Grove
7000 Golf Road
Morton Grove, IL 60053

Chicago Wheel Service - C01558
1001 Morse Ave.
Elk Grove Village, IL 60007

A-1 Ultimate Towing
841 Remington Blvd.
Bolingbrook, IL 60440

Audi Westmont-3112721
PO Box 731674
Dallas, TX 75373-1674

Cintas-14929306
PO Box 631025
Cincinnati, OH 45263-1025

All Star Auto Lights, Inc.-A13934
PO Box 628754
Orlando, FL 32862-8754

Auto Bumper House & Parts Inc.
413 W 105th St
Chicago, IL 60628

CollisionStoneGuard_CSG9337
W22192 11th St
Trempealeau, WI 54661

AllData LLC-100704180
9650 W Taron Dr, #100
Elk Grove, CA 95757

AVM Car Repair, Inc.
6601 Maple St
Morton Grove, IL 60053

Comcast-0794663
PO Box 70219
Philadelphia, PA 19176-0219

Alternative Emblems, Inc.
1812 Mt. Carmel
Chapel Hill, NC 27517

Berman Infiniti-23528
3546 N Kedzie Ave
Chicago, IL 60618

Crown Customs & Coating LLC
153 Brummel Ave.
Elk Grove Village, IL 60007

Amazon.com, Inc.
2 W Delawae Pl., Unit 1502
Chicago, IL 60610

Black Star Distribution, Inc.
358 Lexington Dr.
Buffalo Grove, IL 60089

Culligans of Wheeling
PO Box 1639
Bolingbrook, IL 60440

American Backflow & Fire Prevention
111 Kerry Lane
Wauconda, IL 60084

BMCC Corporation
915 Surrey Lane
Northbrook, IL 60062

Dennis Does Dents
3020 N Lowell
Chicago, IL 60641

American Express
PO Box 650448
Dallas, TX 75265-0448

BP Amoco

Dent Wizard Inc.-C2413674
PO Box 7410241
Chicago, IL 60674

Arlington Acura in Palatine-406
1275 E Dundee Rd
Prospect Heights, IL 60070-4000

Byline Bank
180 North Lasalle Street Ste 300
Chicago, IL 60601

DFK Direct
1720 W Division St., #72
Chicago, IL 60622

DFK Direct Group
1720 W Division St., #72
Chicago, IL 60622

Hawk Ford of Oak Lawn
6100 W 95th St.
Oak Lawn, IL 60453

Lexus of Arlington-34124
1510 W Dundee Rd
Arlington Heights, IL 60004

DFK Direct Investments
1720 W Division St., #72
Chicago, IL 60622

Hawk Joliet
2861 W Jefferson St
Joliet, IL 60435

Lexus of Highland Park-34123
2930 Skokie Valley Rd.
Highland Park, IL 60035

Elite Auto Lights
100 Tabor Road Extension
Flat Rock, NC 28731

Hawk Multi Line-8477241100
2001 W Jefferson St
Joliet, IL 60435

Linde Gas & Equipment Inc._61294
PO Box 2825
New York, NY 10116

Enterprise Car Rental-HA1116
PO Box 804931
Kansas City, MO 64180-4931

Hawkinson Kla-910877
5501 Miller Circle Dr.
Matteson, IL 60443

Loyola Service
2055 Johns Dr.
Glenview, IL 60025

FedEx
1623 Waukegan Rd
Glenview, IL 60026

Hawks Towing Service
2055 Johns Drive
Glenview, IL 60025

McGrath Lexus of Chicago
1111 W Division St

Chicago, IL 60642

Fields Chrysler | Jeep | Dodge Ram-
2800 Pariot Blvd
Glenview, IL 60026

Intrinsic Landscaping
3126 W LAKE AVE

Glenview, IL 60026

Midwest Insurance Company
PO Box 9560
Springfield, IL 62791

Fields Volvo_1166
770 Frontage Road
Winnetka, IL 60093

JR Auto Glass
1813 N Keystone Ave
Chicago, IL 60639

Miller Cooper
PO Box 6781
Carol Stream, IL 60197

Francis Roti
1610 S Halsted St., #203
Chicago, IL 60610

JTC Tools USA
1479 Belmont Hills Dr.
Suwanee, GA 30024

Muller Honda _ 9029
550 Skokie Valley Rd
Highland Park, IL 60035

GMV EnriroSafe Inc.
1658 N Milwaukee Ave., #287
Chicago, IL 60647

Kent Automotive
PO Box 73922
Chicago, IL 60673-4922

Mullers Woodfield Acura
1099 W Higgins Rd
Hoffman Estates, IL 60169

Hawk Chrysler Jeep Dodge
7911 W Roosevelt Rd.
Forest Park, IL 60130

Keystone Automotive Operations-1132
15733 Collections Center Dr.
Chicago, IL 60693

Nano Auto Inteior Retoration
3501 Silver Ct
Joliet, IL 60431

Napa Auto Parts
5959 Collections Center Dr.
Chicago, IL 60693

Sid Industrial
9020 Dumont Rd.
Woodridge, IL 60517

Wholesale Solutions-804179-000
7015 Vordan Parkway
South Bend, IN 46628-8422

Nova Fire Protection Inc.
1530 Wiley Road
Schaumburg, IL 60173

Safety-Kleen Systems_AU28701
PO Box 975201

Dallas, TX 75397

Waste Management
AS Payment Agent
PO Box 4648
Carol Stream, IL 60197-4648

OPUS | IVS Inc
33W480 Fabyan Parkway, #102
West Chicago, IL 60185

Sanders Hardware Supply
139 S. Wheeling Rd.
Wheeling, IL 60090

Wells Fargo Auto
841 Remington Blvd.
Bolingbrook, IL 60440

Patrick BMW Mini-56002
700 E. Golf Rd.
Schaumburg, IL 60173

Schaumburg Toyota_202378
875 W Golf Road
Schaumburg, IL 60194

Wheel Pros LLC Chcago
1329 Gateway Dr.
Elgin, IL 60124

Patrick Hyundai_1020 E Golf Rd-H411
1020 E Golf Rd
Schaumburg, IL 60173

Single Source, Inc.
662 Albion Ave.
Schaumburg, IL 60193

Worldpac - 129543
PO Box 5022
Newark, CA 94560

Precision Diagnostics
3424 McAllens Way
Madison, WI 53718

Tesla Inc. - 1827441
3500 Deer Creek Road, #9404
Palo Alto, CA 94304

Wrapped by Kash
1860 Techny Court
Northbrook, IL 60062

Preferred Mechanical Company LLC
750 Fairway Ln
Sycamore, IL 60178

Thalmann Alignment Inc.
1904 Willow Rd.
Northbrook, IL 60062

Wurth USA Inc.
PO Box 415889
Boston, MA 02241

Rob Mancuso
2 W Delaware Pl, #1502
Chicago, IL 60610

The Exchange_P52281
2300 Skokie Valley Rd.
Highland Park, IL 60035

Ziegler Infiniti Orland Park_133117
8751 W 159th Street
Orland Park, IL 60462

Ryan Daube
308 Hamilton Court
Lincolnshire, IL 60069

TL Supplies, Inc.
PO Box547
Wauconda, IL 60084

Ryan Daube Trust
308 Hamilton Court
Lincolnshire, IL 60069

TL Supplies, Inc.
PO Box 547
Wauconda, IL 60084

# United States Bankruptcy Court
## Northern District of Illinois

In re __Mancuso Motorsports, Inc.__
Debtor(s)

Case No.
Chapter __11__

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Mancuso Motorsports, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 16, 2022**
Date

**/s/ SCOTT R. CLAR**
**SCOTT R. CLAR**
Signature of Attorney or Litigant
Counsel for __Mancuso Motorsports, Inc.__
**Crane, Simon, Clar & Goodman**
**Suite 3950**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777 Fax:312-641-7114**
**sclar@cranesimon.com**

# United States Bankruptcy Court
## Northern District of Illinois

In re __Mancuso Motorsports, Inc.__

Debtor(s)

Case No. _____

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Mancuso Motorsports, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

December 15, 2022

Date

SCOTT R. CLAR
Signature of Attorney or Litigant
Counsel for __Mancuso Motorsports, Inc.__
Crane, Simon, Clar & Goodman
Suite 3950
135 South LaSalle Street
Chicago, IL 60603-4297
312-641-6777 Fax:312-641-7114
sclar@cranesimon.com